IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-02499-MSK

RICHARD MANCUSO,

    Plaintiff,

v.

MCNEIL-PPC, INC., a foreign corporation,

    Defendant.

## ORDER REMANDING CASE

THIS MATTER comes before the Court *sua sponte*.

The Plaintiff commenced this action in the Denver District Court. He alleges that the Defendant manufactured a defective tooth whitening product, and that his use of the product caused him respiratory and other injuries. He seeks to recover damages. In the Complaint filed in the state court, the Plaintiff did not specify the amount of monetary relief sought.

The Defendant(s) have sought removal based upon diversity jurisdiction pursuant to 28 U.S.C.§ 1332. The Defendant(s) contend(s) that the requisite amount in controversy can be inferred from the factual allegations in the Complaint. The Court has reviewed the Complaint, the Notice of Removal, and, if referred to, the Colorado Civil Cover Sheet.

Consistent with the reasoning in *Baker v. Sears Holding Corp.*, 557 F. Supp. 2d 1208 (D. Colo. 2007) and *Klein v. State Farm Mut. Auto. Ins. Companies,* 08-cv-02257-MSK (copy attached hereto), the Court finds that the Defendant(s) have not shown specific facts, which if true, would demonstrate that the amount in controversy is at least $75,000.

**IT IS THEREFORE ORDERED** that pursuant to 28 U.S.C. § 1447(c) this action is **REMANDED** to the District Court from which it was removed.

Dated this 19th day of November, 2008

BY THE COURT:

_Marcia S. Krieger_
Marcia S. Krieger
United States District Judge